UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:03-cr-5237 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| STEPHANIE SIERRA-MEDRANO, | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody of the Marshal as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the sureties Borjas and Soledad Gonzalez.

Dated: __August 16, 2005

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge